IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELODY M. MARTINEZ | : | CIVIL ACTION |
| v. | : | |
| NEVIN WARNER, JOSEPH SCHAUREN, III, JAMES T. HANSBERRY, JAMIE L. DISHONG, RICH WORLEY, CHIEF SALLY A. BARRY, SGT. STEVE BORD, BITHIA RISSINGER, CHIEF WILLIAM HARVEY, LANCASTER COUNTY, LANCASTER COUNTY PRISON BOARD, PRISON WARDEN VINCENT A. GUARINI, LEBANON COUNTY, LEBANON CITY | : | NO. 07-3213 |

## STIPULATION

AND NOW, this 24th day of September 2008, it is hereby stipulated by and between the undersigned counsel on behalf of their respective clients that Defendants Chief of Lebanon, PA, Chief William Harvey, Sergeant Steve Bord and Officer Bithia Rissinger cross claims against co-Defendants Nevin Warner, Joseph Schauren, II, James T. Hansberry, Jamie L. Dishong, Rich Worley, Chief Sally A. Barry, Lancaster County, Lancaster County Prison Board and Lebanon County are hereby withdrawn without prejudice, and no response thereto is required.

SALMON RICCHEZZA SINGER & TURCHI LLP

_____
Joseph L. Turchi
Mark J. Dianno
Attorneys for Defendants,
City of Lebanon, PA, Chief William Harvey,
Sergeant Steve Bord and Officer Bithia
Rissinger

MONTGOMERY MCCRACKEN WALKER & RHOADES, LLP

_____
David J. MacMain
Attorney for Defendants,
Lancaster County, Lancaster County Prison Board,
Nevin Warner, Joseph Schauren, III and
James T. Hansberry

LEONARD, SCIOLLA, HUTCHISON, LEONARD & TINARI, LLP

_____
Hugh J. Hutchinson
Attorney for Defendants,
Lebanon County, Jamie Dishong, Chief Sally Barry
and Rich Worley

APPROVED BY THE COURT:

_____
Gene E. K. Pratter
U.S.D.C. Judge

{00136412.DOC}