### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY M. MARTINEZ | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| v. | : NO. 07-3213 - GP |
| | : |
| NEVIN WARNER, et al., | : |
| Defendants | : |

### MOTION FOR VOLUNTARY DISMISSAL

AND NOW COMES Plaintiff Melody M. Martinez ("Plaintiff") and, pursuant to the provisions of Federal Rule of Civil Procedure 41 (a), respectfully moves this court for a dismissal of any and all claims asserted against all Defendants in the above captioned matter. In support of said motion, Plaintiff declares that:

1. Plaintiff and Defendants agree that each shall bear their own respective costs and fees.

2. Plaintiff and Defendants signed and attached stipulations in support of this motion.

3. Plaintiff and Defendants agree the claims are to be dismissed with prejudice.

**TRIQUETRA LAW**

**Dated: November 24, 2008**   By:   s/*Sharon R./ López*
**Sharon R. López**
PA Bar Number: 70605
Attorneys for Plaintiff
The Offices at Marion Court
35 E. Orange Street, Suite 301
Lancaster, PA 17602
Dated: November 23, 2008

Phone: 717-299-6300
Fax:    717-299-6338
Lopez@TriquetraLaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY M. MARTINEZ | : |
| | : CIVIL ACTION |
| Plaintiff | : NO. 07-3213 - GP |
| | : |
| v. | : |
| | : |
| NEVIN WARNER, et al., | : JURY TRIAL DEMANDED |
| Defendants | |

### STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

AND NOW COMES Plaintiff Melody M. Martinez ("Plaintiff") and, pursuant to the provisions of Federal Rule of Civil Procedure 41 (a), hereby stipulates to the dismissal of any and all claims asserted against Lancaster County, Nevin Warner, Joseph Schauren, James Hansberry, the Lancaster County Prison Board, and Warden Vincent Guarini with prejudice. Plaintiff and Defendants agree that each shall bear their own respective costs and fees.

SO AGREED, this **24th** day of **November**, 2008.

_____
Sharon R. López, Esquire
Andrea C. Farney, Esquire
  TRIQUETRA LAW
The Offices at Marion Court
35 East Orange Street, Suite 301
Lancaster, PA 17602
Attorney for Plaintiff

_____
David J. MacMain, Esquire
Janelle E. Fulton, Esquire
  MONTGOMERY, MCCRACKEN
  WALKER & RHOADS, LLP
123 S. Broad Street
Philadelphia, PA 19109
Attorney for the Lancaster County Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY M. MARTINEZ | : |
| | : CIVIL ACTION |
| Plaintiff | : NO. 07-3213 - GP |
| | : |
| v. | : |
| | : |
| NEVIN WARNER, et al., | : JURY TRIAL DEMANDED |
| Defendants | |

### STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

AND NOW COMES Plaintiff Melody M. Martinez ("Plaintiff") and, pursuant to the provisions of Federal Rule of Civil Procedure 41 (a), hereby stipulates to the dismissal of any and all claims asserted against Lebanon County, Defendant Chief Sally Barry, Supervisor Rich Worley, and Probation Officer Jamie Dishong. Plaintiff and Defendants agree that each shall bear their own respective costs and fees.

SO AGREED, this **24th** day of **November**, 2008.

| | |
|---|---|
| _____ | _____ |
| Sharon R. López, Esquire | Hugh J. Hutchison, Esquire |
| Andrea C. Farney, Esquire | |
| **TRIQUETRA LAW** | **LEONARD, SCIOLLA, HUTCHISON,** |
| **THE OFFICES AT MARION COURT** | **LEONARD & TINARI, LLP** |
| 35 East Orange Street, Suite 301 | 1515 Market Street, 18th Floor |
| Lancaster, PA 17602 | Philadelphia, PA 19102-2068 |
| Attorney for Plaintiff | Attorney for Lebanon County and |
| | Lebanon County Defendants |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELODY M. MARTINEZ | : |
| | : CIVIL ACTION |
| Plaintiff | : NO. 07-3213 - GP |
| | : |
| v. | : |
| | : |
| NEVIN WARNER, et al., | : JURY TRIAL DEMANDED |
| Defendants | |

## STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE

AND NOW COMES Plaintiff Melody M. Martinez ("Plaintiff") and, pursuant to the provisions of Federal Rule of Civil Procedure 41 (a), hereby stipulates to the dismissal of any and all claims asserted against Lebanon City, Defendant Chief William Harvey, Officer Rissinger, and Sgt. Bord. Plaintiff and Defendants agree that each shall bear their own respective costs and fees.

SO AGREED, this 24th day of November, 2008.

Sharon R. López, Esquire
Andrea C. Farney, Esquire
 TRIQUETRA LAW
The Offices at Marion Court
35 East Orange Street, Suite 301
Lancaster, PA 17602
Attorney for Plaintiff

Mark J. Dianno, Esquire
Michelle L. Weckerly, Esquire
 SALMON, RICCHEZZA,
 SINGER & TURCHI
1700 Market Street, 3110
Philadelphia, PA 19103
Attorney for Lebanon City and Lebanon City Defendants